IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ELI REISMAN,

        Plaintiff,

v.                                           case no.   1:24-cv-381  JMR/KK

KP COMMERCE LLC,

        Defendant.

## ENTRY OF APPEARANCE

The undersigned attorney, in accordance with D.NM.LR-Civ. 83.3, files this entry of appearance as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

By:    */s/ Anthony I. Paronich*
       Anthony I. Paronich
       PARONICH LAW, P.C.
       350 Lincoln Street, Suite 2400
       Hingham, MA 02043
       Tel: (617) 485-0018
       Fax: (508) 318-8100
       anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I caused this document to be served electronically by filing it through the Court's CM/ECF System

/s/ Sid Childress
_____