IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ELI REISMAN,

        Plaintiff,

v.                                                   case no.  1:24-cv-381 JMR/KK

KP COMMERCE LLC,

        Defendant.

## CERTIFICATE OF GOOD STANDING

The undersigned attorney, in accordance with D.NM.LR-Civ. 83.3, certifies that Anthony Paronich is a member in good standing of the bar of the State of Massachusetts.

RESPECTFULLY SUBMITTED,

By: /s/ Sid Childress

_____

Sid Childress, Lawyer
PO Box 1146
Santa Fe, NM 87504
childresslaw@hotmail.com
(505) 433 - 9823
Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I caused this document to be served electronically by filing it through the Court's CM/ECF System

/s/ Sid Childress

_____