AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ⌄

| | |
|---|---|
| ELI  REISMAN ) | |
| ) | |
| ) | |
| ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. 1:24-CV-00381 JMR/KK |
| ) | |
| KP  COMMERCE  LLC ) | |
| ) | |
| ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KP  COMMERCE  LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sid Childress,  PO  Box  1146, Santa Fe, NM 87504

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Monday, April 22, 2024

Jacob Garcia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-00381 JMR/KK

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KP COMMERCE LLC

was received by me on *(date)* 06-04-24 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ANDREA AGUIRRES / LAW FOR SMALL BUSINESS , who is

designated by law to accept service of process on behalf of *(name of organization)* KP COMMERCE LLC

on *(date)* 06-04-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 80.72 for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 06-04-24

Server's signature GREG SALAZAR

Printed name and title GREG SALAZAR SPI

$80.72

Server's address PO BOX 1617 / TIJERAS NM 87059

Additional information regarding attempted service, etc:

Subscribed and sworn to before me this 4th day of June 2024.

STATE OF NEW MEXICO
NOTARY PUBLIC
Tonya Salazar
Commission No. 1004602
July 13, 2026

| Print | Save As... | Reset |

**15425**

## Special Process Investigations, LLC
### PO Box 1617
### Tijeras, New Mexico 87059
### Greg (505) 263-0207

# Invoice

| Bill To: | SID CHILDRESS LAW OFFICE | Date: 06 04 24 |
|---|---|---|
| Address: | 420 GREG AVE | |
| City: SANTAFE | State: NM | Zip Code: 87501 |
| Process Server: Greg Salazar | | **Terms: Due upon receipt** |

| Case Number | Description | Amount |
|---|---|---|
| 1:24CV-00381 JMR/KK SUMMONS | ELI REISMAN V KP COMMERCE LLC SERVED = LAW FOR SMALL BUSINESS LLC, C/O ANDREA AGUIRRES ADMINISTRATIVE INTAKE AT 6801 JEFFERSON STHE "220 ABQ NM 87109 | 7500 |

☐ Filed In Metro Court
☐ Filed In District Court

Sub-Total  7500

NM Tax  512

Total Amount  $ 8072

Thank you for choosing Special Process Investigations, we appreciate your business.