IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ELI REISMAN,

        Plaintiff,

v.                                                          24-cv-381 JMR/KK

KP COMMERCE LLC,

        Defendant.

## ORDER FOR WITHDRAWAL OF COUNSEL

On August 7, 2024, Sidney Childress, Esq. ("Movant") filed his unopposed motion to withdraw as counsel for Plaintiff. (Doc. 8.) The Court finds that Movant's withdrawal can be accomplished without material adverse effect on the interests of Plaintiff because Plaintiff has two (2) other attorneys-of-record in this matter. (Docs. 3, 5.) The Motion is granted, and Sidney Childress, Esq., is hereby withdrawn as counsel of record for Plaintiff in this matter.

                                                                       _____
                                                                       KIRTAN KHALSA
                                                                       UNITED STATES MAGISTRATE JUDGE