CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:24−cv−01459−JLB−AAS

| | |
|---|---|
| Federal Trade Commission v. Legion Media, LLC et al<br>Assigned to: Judge John L. Badalamenti<br>Referred to: Magistrate Judge Amanda Arnold Sansone<br>Cause: 15:53 Federal Trade Commission Act | Date Filed: 06/17/2024<br>Date Terminated: 09/27/2024<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Federal Trade Commission**     represented by     **Darren H Lubetzky**
Federal Trade Commission
Northeast Region
One Bowling Green
Suite 318
New York, NY 10022
212−607−2808
Email: dlubetzky@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Dahlberg Oconnell**
Federal Trade Commission
1 Bowling Green
Suite 318
New York, NY 10004
212−607−2821
Email: koconnell@ftc.gov
*ATTORNEY TO BE NOTICED*

**Vikram Jagadish**
Federal Trade Commission
One Bowling Green
Suite 318
New York, NY 10004
301−917−7199
Email: vjagadish@ftc.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Legion Media, LLC**     represented by     **Eric Forni**
*a limited liability company*     DLA Piper LLP US
33 Arch Street
Suite 26th Floor
Boston, MA 02110−1447
617−406−6140
Email: eric.forni@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin K. Brown**
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
202−799−4221
Fax: 202−799−5221
Email: austin.brown@dlapiper.com

|  |  |
|---|---|
|  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A Stier**<br>DLA Piper LLP<br>500 Eighth Street, NW<br>Washington, DC 20004<br>202–799–4148<br>Email: david.stier@us.dlapiper.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Janelly Crespo**<br>DLA Piper US, LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131<br>305/423–8502<br>Email: janelly.crespo@dlapiper.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**KP Commerce, LLC**<br>*a limited liability company*<br>*doing business as*<br>Botanical Farms<br>*doing business as*<br>Buy Bliss Brands<br>*doing business as*<br>Buy Supreme CBD<br>*doing business as*<br>Buy Triplex Boost<br>*doing business as*<br>Optimal Max<br>*doing business as*<br>Truly Boost Keto<br>*doing business as*<br>Truly Keto<br>*doing business as*<br>Truly Max Brands<br>*doing business as*<br>Truly Total Health<br>*doing business as*<br>Truly Total Keto | represented by **Constantine Economides**<br>Dynamis LLP<br>1111 Brickell Ave.<br>10th Floor<br>Miami, FL 33131<br>305–985–2959<br>Email: ceconomides@dynamisllp.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Pinnacle Payments, LLC**<br>*a limited liability company*<br>*doing business as*<br>Challenge Body Mind<br>*doing business as*<br>Fitness Pro | represented by **Eric Forni**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Austin K. Brown**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A Stier**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Janelly Crespo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sloan Health Products, LLC**
*a limited liability company*

represented by **James E. Felman**
Kynes, Markman & Felman, PA
100 S Ashley Dr – Ste 1300
PO Box 3396
Tampa, FL 33601–3396
813/229–1118
Fax: 813/221–6750
Email: JFelman@kmf–law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harshil Topiwala**
*individually and as an owner and officer of Legion Media, LLC, KP Commerce, LLC, and Pinnacle Payments, LLC*

represented by **Eric Forni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin K. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A Stier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janelly Crespo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirtan Patel**
*individually and as an owner and officer of KP Commerce, LLC and Pinnacle Payments, LLC*
*also known as*
Kits Patel

represented by **Eric Samuel Rosen**
Dynamis LLP
225 Franklin Street
26th Floor
Boston, MA 02110
617–802–9157
Email: erosen@dynamisllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Constantine Economides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Manindra Garg**
*individually and as a principal and owner of Sloan Health Products, LLC*

represented by **James E. Felman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Earle Yanes**
Kynes, Markman & Felman, PA
100 S Ashley Dr – Ste 1300
PO Box 3396
Tampa, FL 33601–3396
813/229–1118
Fax: 813–221–6750
Email: KYanes@kmf–law.com
*ATTORNEY TO BE NOTICED*

**Receiver**

| | | |
|---|---|---|
| **Mark J. Bernet** | represented by | **Mark James Bernet** <br> Akerman LLP – Tampa <br> 401 E Jackson St Ste 1700 <br> Tampa, FL 33602–5250 <br> 813–223–7333 <br> Email: mark.bernet@akerman.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Movant**

| | | |
|---|---|---|
| **Non–Party Cicack Holdings, Inc.** | represented by | **Robert K. Tucker , II** <br> Gordon & Rees Miami Office <br> 100 SE Second Street <br> Suite 3900 <br> Miami, FL 33131 <br> 305–428–5314 <br> Email: rtucker@grsm.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2024 | 1 | COMPLAINT for Permanent Injunction against All Defendants filed by Federal Trade Commission. (Attachments: # 1 Civil Cover Sheet)(LNR) (Entered: 06/17/2024) |
| 06/17/2024 | 4 | DECLARATION of Plaintiff's Counsel re 2 EXPARTE MOTION to Temporarily Seal entire case file and docket, 3 EXPARTE MOTION for a Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction should not Issue by Federal Trade Commission. (LNR) (Entered: 06/17/2024) |
| 06/17/2024 | 7 | DISCLOSURE statement by Federal Trade Commission. (LNR) (Entered: 06/17/2024) |
| 06/17/2024 | 8 | NOTICE of Appearance by Darren H Lubetzky on behalf of Federal Trade Commission. (LNR) (Entered: 06/17/2024) |
| 06/17/2024 | 9 | NOTICE of Appearance by Vikram Jagadish on behalf of Federal Trade Commission. (LNR) (Entered: 06/17/2024) |
| 06/17/2024 | 10 | PROPOSED summons to be issued by Federal Trade Commission. (LNR) (Entered: 06/17/2024) |
| 06/18/2024 | 18 | SUMMONS issued as to Manindra Garg, KP Commerce, LLC, Legion Media, LLC, Kirtan Patel, Pinnacle Payments, LLC, Sloan Health Products, LLC, Harshil Topiwala. (LNR) (Entered: 06/18/2024) |
| 06/20/2024 | 19 | NOTICE of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (LNR) (Entered: 06/20/2024) |
| 06/25/2024 | 20 | NOTICE of Appearance and Acceptance of Receivership Appointment by Mark James Bernet. (AA) (e–portal) (Entered: 06/25/2024) |
| 06/25/2024 | 21 | NOTICE Regarding status in advance of Show Cause Hearing on Weather a Preliminary Injunction should issue by Federal Trade Commission re 17 Order. (AA) (e–portal) (Entered: 06/26/2024) |
| 06/25/2024 | 22 | NOTICE of Appearance by Constantine Economides on behalf of KP Commerce, LLC, Kirtan Patel. (AA) (e–portal) (Entered: 06/26/2024) |
| 06/25/2024 | 23 | NOTICE of Lead Counsel Designation by Darren H Lubetzky on behalf of Federal Trade Commission. Lead Counsel: Darren Lubetzky. (AA) (e–portal) (Entered: 06/26/2024) |

| | | |
|---|---|---|
| 06/27/2024 | 24 | **TEXT ORDER. Plaintiff filed a Notice Regarding Status in Advance of Show Cause Hearing on Whether a Preliminary Injunction Should Issue. (Doc. 21). The notice indicates that Plaintiff and certain represented defendants "have been in discussions to jointly move to extend the TRO, along with the date of the hearing, and any associated deadlines, to explore the possibility of a stipulated preliminary injunction" and request leave to file a notice a week before any rescheduled date regarding whether an evidentiary hearing will be required in this matter. (Doc. 21 at 2–3). The Court will consider the request for leave in due course if the parties come to an agreement to extend the TRO. Any relief must be requested via motion. Signed by Judge John L. Badalamenti on 6/27/2024. (RHG)** (Entered: 06/27/2024) |
| 06/28/2024 | 25 | NOTICE of Expansion of Receivership by Mark J. Bernet re 17 Order. (AA) (e−portal) (Entered: 06/28/2024) |
| 06/28/2024 | 26 | MOTION to Unseal Case by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order)(AA) (e−portal) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 06/28/2024) |
| 06/28/2024 | 27 | JOINT STIPULATED MOTION to Modify and Extend 17 Order, by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order)(AA) (e−portal) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 06/28/2024) |
| 06/28/2024 | 28 | **TEXT ORDER cancelling the show cause hearing previously scheduled for July 2, 2024 and suspending all related deadlines. The Court takes under advisement the remainder of the relief requested in the 27 Joint Stipulated Motion. The Court will rule on such Joint Stipulated Motion prior to expiration of the Temporary Restraining Order (*see* Doc. 17). Signed by Judge John L. Badalamenti on 6/28/2024. (RHG)** (Entered: 06/28/2024) |
| 06/28/2024 | 29 | **ENDORSED ORDER granting 26 Motion to Unseal Case. The Clerk is directed to unseal the docket and case file. Signed by Magistrate Judge Amanda Arnold Sansone on 6/28/2024. (BEE)** (Entered: 06/28/2024) |
| 06/28/2024 | 30 | RECEIVER's UNOPPOSED MOTION to Modify 17 Order, by Mark J. Bernet, KP Commerce, LLC, Legion Media, LLC, Pinnacle Payments, LLC, Sloan Health Products, LLC. (AA) (e−portal) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/01/2024) |
| 07/01/2024 | 31 | **ORDER granting 27 Motion to Modify. Signed by Judge John L. Badalamenti on 7/1/2024. (JS)** (Entered: 07/01/2024) |
| 07/01/2024 | 32 | **ENDORSED ORDER granting 30 Receiver's Unopposed Motion to Modify TRO to Permit Cooperation by Individual Defendant Garg. Mr. Garg's participation with the Receiver and Deputy Receiver in connection with the operation of the businesses of Sloan, F & B and H &M would not constitute a violation of the Court's Temporary Restraining Order (Doc. 17). To be clear, this Order modifies the existing TRO solely as to Mr. Garg's participation at the direction of the Receiver and no other Individual Defendant. Signed by Judge John L. Badalamenti on 7/1/2024. (RHG)** (Entered: 07/01/2024) |
| 07/02/2024 | 33 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.<br><br>–**Local Rule 1.07(c)** requires lead counsel to file *promptly* a **Notice of a Related Action** identifying and describing any related action either pending or closed in the Middle District or elsewhere.<br><br>–**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. |

| | | |
|---|---|---|
| | | –**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (JS) (Entered: 07/02/2024) |
| 07/02/2024 | 34 | NOTICE of Appearance by James E. Felman on behalf of Manindra Garg (Felman, James) (Entered: 07/02/2024) |
| 07/02/2024 | 35 | NOTICE of Appearance by Katherine Earle Yanes on behalf of Manindra Garg (Yanes, Katherine) (Entered: 07/02/2024) |
| 07/02/2024 | 36 | CORPORATE Disclosure Statement by Mark J. Bernet. (Bernet, Mark) (Entered: 07/02/2024) |
| 07/03/2024 | 37 | NOTICE TO COUNSEL Constantine Economides, Mark James Bernet of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (EVK) (Entered: 07/03/2024) |
| 07/09/2024 | 38 | NOTICE by Mark J. Bernet Notice of Expansion of Receivership (Attachments: # 1 Exhibit A)(Bernet, Mark). (Entered: 07/09/2024) |
| 07/09/2024 | 39 | NOTICE by Federal Trade Commission Regarding Status In Advance Of Show Cause Hearing (Jagadish, Vikram). (Entered: 07/09/2024) |
| 07/10/2024 | 40 | CORPORATE Disclosure Statement by Manindra Garg. (Felman, James) Modified on 7/12/2024 COUNSEL NOTIFIED OF INCOMPLETE CASE NUMBER ON FILING FOR FUTURE REFERENCE (CRB). (Entered: 07/10/2024) |
| 07/10/2024 | 41 | Unopposed MOTION for David Stier to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22282521 for $150 by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/10/2024) |
| 07/10/2024 | 42 | Unopposed MOTION for Eric Forni to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22282558 for $150 by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/10/2024) |
| 07/10/2024 | 43 | NOTICE of Lead Counsel Designation by Janelly Crespo on behalf of Harshil Topiwala. Lead Counsel: Eric Forni, Esq. (Crespo, Janelly) Modified on 7/11/2024 to edit docket text (AJS). (Entered: 07/10/2024) |
| 07/11/2024 | 44 | WAIVER of service returned executed on 6/25/2024 by Federal Trade Commission Waiver of Service sent on 6/24/2024 as to Harshil Topiwala. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/11/2024 | 45 | RETURN of service executed on 6/20/2024 by Federal Trade Commission as to Kirtan Patel. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/11/2024 | 46 | RETURN of service executed on 6/20/2024 by Federal Trade Commission as to Manindra Garg. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/11/2024 | 47 | RETURN of service executed on 6/20/2024 by Federal Trade Commission as to KP Commerce, LLC. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/11/2024 | 48 | RETURN of service executed on 6/20/2024 by Federal Trade Commission as to Legion Media, LLC. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/11/2024 | 49 | RETURN of service executed on 6/20/2024 by Federal Trade Commission as to Pinnacle Payments, LLC. (Lubetzky, Darren) (Entered: 07/11/2024) |
| 07/12/2024 | 50 | UNOPPOSED EMERGENCY MOTION to Modify the Temporary Restraining Order by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. Modified on 7/12/2024 to edit docket text, chambers notified (JDR). (Entered: 07/12/2024) |

| | | |
|---|---|---|
| 07/12/2024 | 51 | **ORDER denying without prejudice 41 Motion to Appear Pro Hac Vice; denying without prejudice 42 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Amanda Arnold Sansone on 7/12/2024. (BEE)** (Entered: 07/12/2024) |
| 07/12/2024 | 52 | **TEXT ORDER. Defendant Harshil Topiwala's 50 Unopposed Emergency Motion to Modify the Temporary Restraining Order is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides in part: "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Because the Motion is designated an emergency and relief is requested today, Mr. Topiwala has until 2:00 p.m. (EST) today to file a signed motion or else the Motion will be stricken. Plaintiff FTC is DIRECTED to file a notice no later than 3:00 p.m., confirming that it does not oppose the relief requested. Plaintiff's failure to respond will result in the entry of the requested modification as unopposed based on Defendant's representations. Signed by Judge John L. Badalamenti on 7/12/2024. (RHG)** (Entered: 07/12/2024) |
| 07/12/2024 | 53 | ***Counsel to refile corrected Motion*** Amended MOTION for David Stier to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22290062 for $150 , MOTION to Amend *Unopposed Motion for Admission Pro Hac Vice of David Stier* by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. Modified text on 7/12/2024 (MCB). (Entered: 07/12/2024) |
| 07/12/2024 | 54 | Amended MOTION for Eric Forni to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–22290155 for $150 , MOTION to Amend *Unopposed Motion for Admission Pro Hac Vice of Eric Forni* by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/12/2024) |
| 07/12/2024 | 55 | NOTICE of Appearance by Karen Dahlberg Oconnell on behalf of Federal Trade Commission (Oconnell, Karen) (Entered: 07/12/2024) |
| 07/12/2024 | 56 | CORRECTED Unopposed Emergency MOTION to Modify *The Temporary Restraining Order* by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. Modified text on 7/12/2024 (MCB). (Entered: 07/12/2024) |
| 07/12/2024 | 57 | NOTICE by Federal Trade Commission re 50 Emergency MOTION to Modify *the Temporary Restraining Order* (Lubetzky, Darren) (Entered: 07/12/2024) |
| 07/12/2024 | 58 | **TEXT ORDER granting 56 Corrected Unopposed Emergency Motion to Modify the Temporary Restraining Order. In light of movant's representation that neither the FTC nor the Receiver objects to this relief (Doc. 56 at 3, 5) and the FTC's confirmation that it does not object (*see* Doc. 57), the Court finds good cause to grant the requested relief. The Temporary Restraining Order (Doc. 17, as modified by Doc. 31) is therefore modified such that Mr. Topiwala may access funds to pay for his London home from a personal HSBC account located overseas, provided that he transfer, within two weeks, an equivalent amount derived from a foreign account or asset to an account located in the United States if a settlement in principle is not reached in the interim. The previously–filed Unopposed Emergency Motion to Modify the Temporary Restraining Order (Doc. 50) is denied as moot in light of the filing of the Corrected Motion (Doc. 56). Signed by Judge John L. Badalamenti on 7/12/2024. (RHG)** (Entered: 07/12/2024) |
| 07/12/2024 | 59 | Unopposed Amended MOTION for David Stier to appear pro hac vice, Special Admission fee paid Receipt No. AFLMDC–22290062 for $150 by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. Modified text and event type on 7/12/2024 (GL). (Entered: 07/12/2024) |
| 07/12/2024 | 60 | **ENDORSED ORDER granting 54 Motion to Appear Pro Hac Vice; granting 59 Motion to Appear Pro Hac Vice. Attorneys David Stier and Eric Forni may appear pro hac vice, subject to the requirement that counsel submit their Pro Hac Vice E–File Registration (see https://www.flmd.uscourts.gov/for–lawyers) within seven days of this order. Signed by Magistrate Judge Amanda Arnold Sansone on 7/12/2024. (BEE)** (Entered: 07/12/2024) |
| 07/12/2024 | 61 | Joint MOTION to Modify *and Extend the Temporary Restraining Order, Reschedule the July 16th Show Cause Hearing, and Extend Deadlines Imposed By Sections VII.C, VIII, and IX of the Temporary Restraining Order* by Federal Trade Commission. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order Joint Stipulation and Proposed Order Modifying and Extending TRO)(Jagadish, Vikram) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/12/2024) |
| 07/13/2024 | 62 | **TEXT ORDER cancelling the show cause hearing previously scheduled for July 16, 2024 and suspending all related deadlines. The Court takes under advisement the remainder of the relief requested in the 61 Joint Stipulated Motion. The Court will rule on such Joint Stipulated Motion prior to expiration of the Temporary Restraining Order (*see* Docs. 17, 31, 58). Signed by Judge John L. Badalamenti on 7/13/2024. (RHG)** (Entered: 07/13/2024) |
| 07/15/2024 | 63 | **ORDER granting Joint MOTION to Modify and Extend the Temporary Restraining Order, Reschedule the July 16th Show Cause Hearing, and Extend Deadlines Imposed by Sections VII.C, VIII, and IX of the Temporary Restraining Order by Federal Trade Commission. Defendants shall appear before this Court on August 5, 2024, at 11:00 a.m., via Zoom Video Conference to show cause, if there is any, why this Court should not enter a preliminary injunction, pending final ruling on the Complaint against Defendants, enjoining the violations of the law alleged in the Complaint, continuing the freeze of their Assets, continuing the receivership, and imposing such additional relief as may be appropriate. The hearing shall be limited to argument of counsel unless the Court grants express leave to the contrary in advance of the hearing. Signed by Judge John L. Badalamenti on 7/15/2024. (SAO)** (Main Document 63 replaced on 7/15/2024) (SAO). (Entered: 07/15/2024) |
| 07/15/2024 | 64 | NOTICE of hearing: Show Cause Hearing set for 8/05/2024 at 11:00 AM via Zoom Video Conference before Judge John L. Badalamenti. All pertinent parties will receive an invitation to the hearing via email. If you have any questions, please contactcourtroom deputy, Jeremiah Smith, at Jeremiah_Smith@flmd.uscourts.gov.(SAO) (Entered: 07/15/2024) |
| 07/19/2024 | 65 | Unopposed MOTION for Eric S. Rosen to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC−22313704 for $150 by Kirtan Patel. (Economides, Constantine) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/19/2024) |
| 07/19/2024 | 66 | NOTICE of Lead Counsel Designation by Constantine Economides on behalf of Kirtan Patel. Lead Counsel: Eric S. Rosen. (Economides, Constantine) (Entered: 07/19/2024) |
| 07/19/2024 | 67 | **ENDORSED ORDER denying without prejudice 65 Motion to Appear Pro Hac Vice for failure to comply with Local Rule 2.01(c)(2), M.D. Fla. Signed by Magistrate Judge Amanda Arnold Sansone on 7/19/2024. (BEE)** (Entered: 07/19/2024) |
| 07/19/2024 | 68 | NOTICE of Appearance by Robert K. Tucker, II on behalf of Non−Party Cicack Holdings, Inc. (Tucker, Robert) (Entered: 07/19/2024) |
| 07/19/2024 | 69 | RESPONSE re 25 Notice (Other) Motion to Set Aside Receiver's Receivership Entity Determination filed by Non−Party Cicack Holdings, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit Proposed Order)(Tucker, Robert). (Entered: 07/19/2024) |
| 07/19/2024 | 70 | Unopposed MOTION for Eric S. Rosen to appear pro hac vice (fee paid previously)by Kirtan Patel. (Economides, Constantine) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 07/19/2024) |
| 07/19/2024 | 71 | **ENDORSED ORDER granting 70 Motion to Appear Pro Hac Vice. Attorney Eric S. Rosen may appear pro hac vice, subject to the requirement that counsel submit his Pro Hac Vice E−File Registration (see https://www.flmd.uscourts.gov/for−lawyers) within seven days of this order. Signed by Magistrate Judge Amanda Arnold Sansone on 7/19/2024. (BEE)** (Entered: 07/19/2024) |
| 07/30/2024 | 72 | RESPONSE re 69 Response to Non−Party Cicack Holdings, Inc.'s Motion to Set Aside Receiver's "Receivership Entity" Determination filed by Mark J. Bernet. (Bernet, Mark) Modified on 7/31/2024 as to docket text (ARL). (Entered: 07/30/2024) |

| | | |
|---|---|---|
| 07/31/2024 | 73 | NOTICE by Federal Trade Commission *regarding Status in advance of Show Cause Hearing on whether a preliminary injunction should issue.* (Jagadish, Vikram) (Entered: 07/31/2024) |
| 08/02/2024 | 74 | Joint MOTION to Modify 63 Order *And Extend the Temporary Restraining Order, Reschedule the August 5, 2024 Show Cause Hearing, Extend Deadlines Imposed by Sections VII.C, VIII, and IX of the Temporary Restraining Order, and Extend the Deadline for Filing a Case Management Report* by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order Stipulation And Proposed Order Extending And Modifying The Temporary Restraining Order And Order to Show Cause Why a Preliminary Injunction Should Not Issue)(Jagadish, Vikram) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/02/2024) |
| 08/02/2024 | 75 | **TEXT ORDER cancelling the show cause hearing previously scheduled for August 5, 2024 and suspending all related deadlines. The Court takes under advisement the remainder of the relief requested in the 74 Joint Stipulated Motion. The Court will rule on such Joint Stipulated Motion prior to expiration of the Temporary Restraining Order (*see* Docs. 17, 31, 58, 63). Signed by Judge John L. Badalamenti on 8/2/2024. (RHG)** (Entered: 08/02/2024) |
| 08/05/2024 | 76 | NOTICE TO COUNSEL Austin Brown of Local Rule 2.01(a), which requires membership or special admission in the Middle District bar to practice in the Middle District, except for the limited exceptions identified in the Rule. To apply for membership in the Middle District, visit www.flmd.uscourts.gov/for-lawyers. (Signed by Deputy Clerk). (KME) (Entered: 08/05/2024) |
| 08/05/2024 | 77 | **STIPULATION AND ORDER Extending and Modifying the Temporary Restraining Order and Order to Show Cause Re 74 Joint Stipulated Motion to Modify and Extend the Temporary Restraining Order.. Signed by Judge John L. Badalamenti on 8/5/2024. (JGG)** (Entered: 08/05/2024) |
| 08/05/2024 | 78 | NOTICE of hearing: Show Cause Hearing set for 9/9/2024 at 02:00 PM in Zoom Video Conference before Judge John L. Badalamenti. The clerk will send counsel an email containing a link to the videoconference information.(JS) (Entered: 08/05/2024) |
| 08/06/2024 | 79 | Unopposed MOTION for Austin Brown to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22378408 for $150 by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/06/2024) |
| 08/07/2024 | 80 | **ENDORSED ORDER granting 79 Motion to Appear Pro Hac Vice. Attorney Austin Brown may appear pro hac vice, subject to the requirement that counsel submit his Pro Hac Vice E-File Registration within seven days of this order. Signed by Magistrate Judge Amanda Arnold Sansone on 8/7/2024. (BEE)** (Entered: 08/07/2024) |
| 08/12/2024 | 81 | TRO BOND in the amount of $ 35,000 posted by Mark J. Bernet. (Attachments: # 1 Bond of Temporary Receiver, # 2 Exhibit Power of Attorney) (KME) (Entered: 08/16/2024) |
| 08/19/2024 | 82 | Unopposed MOTION for Extension of Time to File Initial Fee Application by Mark J. Bernet. (Attachments: # 1 Exhibit A)(Bernet, Mark) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/19/2024) |
| 08/19/2024 | 83 | **ENDORSED ORDER granting 82 Motion for Extension of Time for Receiver to File Initial Fee Application by 9/5/2024. Signed by Magistrate Judge Amanda Arnold Sansone on 8/19/2024. (BEE)** (Entered: 08/19/2024) |
| 08/21/2024 | 84 | Joint MOTION to Modify 77 Order on Motion to Amend / Correct / Modify / Supplement *the Temporary Restraining Order as to Defendant Manindra Garg* by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order Proposed Order Modifying the Temporary Restraining Order as to Defendant Manindra Garg)(Jagadish, Vikram) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/21/2024) |
| 08/26/2024 | 85 | NOTICE Regarding Status in Advance of Order to Show Cause Hearing on Why a Preliminary Injunction Should Not Issue by Federal Trade Commission (Jagadish, Vikram) (Modified on 8/27/2024, to edit text) (BGR). (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/27/2024 | 86 | **ORDER granting 84 Motion to Modify. Signed by Judge John L. Badalamenti on 8/27/2024. (JS)** (Entered: 08/27/2024) |
| 09/05/2024 | 87 | STATUS report *Receiver's Initial Report* by Mark J. Bernet. (Bernet, Mark) (Entered: 09/05/2024) |
| 09/05/2024 | 88 | Verified MOTION for Attorney Fees *Receiver's Verified First Application for Payment for Services Rendered and Costs Incurred* by Mark J. Bernet. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Bernet, Mark) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 09/05/2024) |
| 09/05/2024 | 89 | NOTICE of *Limited* Appearance by James E. Felman on behalf of Sloan Health Products, LLC (Felman, James) (Entered: 09/05/2024) |
| 09/06/2024 | 90 | NOTICE of *Limited* Appearance by Janelly Crespo on behalf of Legion Media, LLC, Pinnacle Payments, LLC (Crespo, Janelly) (Entered: 09/06/2024) |
| 09/06/2024 | 91 | Unopposed MOTION to Approve Consent Judgment *As to All Defendants* by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order Stipulated Order for Permanent Injunction and Monetary Judgment as to the Topiwala Defendants, # 2 Text of Proposed Order Stipulated Order for Permanent Injunction and Monetary Judgment as to the Garg Defendants, # 3 Text of Proposed Order Stipulated Order for Permanent Injunction and Monetary Judgment as to the Patel Defendants)(Lubetzky, Darren) (Entered: 09/06/2024) |
| 09/06/2024 | 92 | Joint MOTION to Modify 86 Order on Motion to Amend / Correct / Modify / Supplement *the Temporary Restraining Order* by Federal Trade Commission. (Attachments: # 1 Text of Proposed Order Proposed Order Extending the Temporary Restraining Order)(Jagadish, Vikram) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 09/06/2024) |
| 09/06/2024 | 93 | **TEXT ORDER cancelling the show cause hearing previously scheduled for September 9, 2024 and suspending all related deadlines. The Court takes under advisement the remainder of the relief requested in the 92 Joint Stipulated Motion to Extend the Temporary Restraining Order. The Court will rule on such Joint Stipulated Motion prior to expiration of the Temporary Restraining Order (*see* Docs. 17, 31, 58, 63, 77, 86). Signed by Judge John L. Badalamenti on 9/6/2024. (RHG)** (Entered: 09/06/2024) |
| 09/09/2024 | 94 | **ORDER granting 92 Motion to EXTENDING THETEMPORARY RESTRAINING ORDER. Signed by Judge John L. Badalamenti on 9/9/2024. (JS)** (Entered: 09/09/2024) |
| 09/11/2024 | 95 | Emergency MOTION to Modify *Partially The Temporary Restraining Order* by Harshil Topiwala. (Crespo, Janelly) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 09/11/2024) |
| 09/11/2024 | 96 | **TEXT ORDER granting 95 Emergency Motion to Partially Modify the Temporary Restraining Order. In light of movant's representation that neither the FTC nor the Receiver objects to this relief (Doc. 95 at 4), the Court finds good cause to grant the requested relief. The Temporary Restraining Order (Doc. 17, as modified by Docs. 31, 58, 63, 77, 86, and 94) is therefore modified such that Mr. Topiwala may access the $27,706.48 from his personal HSBC UK account for the sole purpose of making a payment to American Express for the balance owed, as more fully set forth in the Motion (Doc. 95). Signed by Judge John L. Badalamenti on 9/11/2024. (RHG)** (Entered: 09/11/2024) |
| 09/16/2024 | 97 | CONSENT DECREE by Federal Trade Commission, KP Commerce, LLC, Legion Media, LLC, Kirtan Patel, Pinnacle Payments, LLC, Sloan Health Products, LLC, Harshil Topiwala. (JS) (Entered: 09/16/2024) |
| 09/16/2024 | 98 | CONSENT DECREE by Federal Trade Commission, KP Commerce, LLC, Kirtan Patel, Pinnacle Payments, LLC, Sloan Health Products, LLC, Harshil Topiwala. (JS) (Entered: 09/16/2024) |
| 09/16/2024 | 99 | CONSENT DECREE by Federal Trade Commission, KP Commerce, LLC, Legion Media, LLC, Kirtan Patel, Pinnacle Payments, LLC, Sloan Health Products, LLC, Harshil Topiwala. (JS) (Entered: 09/16/2024) |

| | | |
|---|---|---|
| 09/27/2024 | 100 | **TEXT ORDER. In light of the consent decrees entered (Docs. 97, 98, and 99), the Clerk of Court is DIRECTED to CLOSE the case. Signed by Judge John L. Badalamenti on 9/27/2024. (RHG)** (Entered: 09/27/2024) |
| 09/30/2024 | 101 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non−party must move for relief before the seal expires. (Signed by Deputy Clerk). (GL) (Entered: 09/30/2024) |
| 10/01/2024 | 102 | **REPORT AND RECOMMENDATION re 88 Verified MOTION for Attorney Fees;** *Receiver's Verified First Application for Payment for Services Rendered and Costs Incurred* **filed by Mark J. Bernet. Signed by Magistrate Judge Amanda Arnold Sansone on 10/1/2024. (CES)** (Entered: 10/01/2024) |
| 10/04/2024 | 103 | Unopposed MOTION for Miscellaneous Relief, specifically to Hire Management Consultant by Mark J. Bernet. (Attachments: # 1 Exhibit A)(Bernet, Mark) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 10/04/2024) |
| 10/15/2024 | 104 | **ENDORSED ORDER granting 103 Motion to authorize the Receiver to employ Scott Van Meter and HKA Global as management consultants, on the terms and conditions set forth in the motion. Signed by Magistrate Judge Amanda Arnold Sansone on 10/15/2024. (BEE)** (Entered: 10/15/2024) |
| 10/18/2024 | 105 | NOTICE by Mark J. Bernet *of Expansion of Receivership* (Attachments: # 1 Exhibit A)(Bernet, Mark) (Entered: 10/18/2024) |
| 11/01/2024 | 106 | OBJECTION re 105 Notice (Other) by Manindra Garg by Manindra Garg. (Felman, James) (Entered: 11/01/2024) |
| 11/01/2024 | 107 | NOTICE by Manindra Garg re 105 Notice (Other), 106 Objection *Request for Hearing Pursuant to Local Rule 3.01(h)* (Felman, James) (Entered: 11/01/2024) |
| 11/14/2024 | 108 | STIPULATION for Withdrawal re 106 Objection *to Receiver's Expansion of Receivership to Include Shilin Investments, LLC* by Mark J. Bernet. (Bernet, Mark) Modified text on 11/15/2024 (JK). (Entered: 11/14/2024) |
| 11/14/2024 | 109 | NOTICE *of Withdrawal of Shilin Investments LLC from Receivership* by Mark J. Bernet (Bernet, Mark) Modified text on 11/15/2024 (JK). (Entered: 11/14/2024) |
| 12/03/2024 | 110 | **ORDER adopting the Magistrate Judge's 102 Report and Recommendation, recommending that the Court grant the Receiver's Verified First Application for Payment for Services Rendered and Costs Incurred (Doc. 88). The Receiver's Verified First Application for Payment for Services Rendered and Costs Incurred (Doc. 88) is GRANTED. The Receiver is awarded payment of services rendered of $124,334.00 in fees, and authority to reimburse himself for expenses of $3,142.96. Signed by Judge John L. Badalamenti on 12/3/2024. (BPC)** (Entered: 12/03/2024) |