IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELI REISMAN, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.                                        Civ. No. 24-381 JMR/KK

KP COMMERCE LLC,

    Defendant.

### ORDER QUASHING ORDER TO SHOW CAUSE
### AND SETTING STATUS REPORT DEADLINE

Before the Court are: (1) the Court's Order to Cure or Show Cause (Doc. 10) ("Order"), filed November 8, 2024; and, (2) Plaintiff's Response to Order to Show Cause (Doc. 11) ("Response"), filed December 9, 2024. In its Order, the Court directed Plaintiff, by December 9, 2024, to either take appropriate steps to move the case forward or show cause why his claims should not be dismissed without prejudice for failure to do so. (Doc. 10.) In his Response, Plaintiff has shown good cause for failing to move the case forward and has otherwise adequately addressed the Court's concerns. (Doc. 11.) The Court therefore QUASHES the show-cause portion of its Order.

In addition, in light of Plaintiff's Response, IT IS HEREBY ORDERED that, by **Thursday, January 9, 2025**, Plaintiff shall file a status report in this case addressing the status of the relief motion he intends to file in *FTC v. Legion Media, LLC, et al.*, No. 8:24-cv-01459 (M.D. Fla.), and any other information that bears on when he expects to be able to prosecute this case.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE