**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **ELI REISMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**KP COMMERCE LLC**<br><br>*Defendant.* | Case No. 1:24-cv-00381<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### STATUS UPDATE ON ORDER TO SHOW CAUSE

Plaintiff Eli Reisman respectfully submits this status update to the Court's order to show cause requesting why the case should not be dismissed without prejudice for failure to prosecute. Plaintiff, through counsel, filed the attached Motion for Relief From Stay on January 8, 2025 in the Middle District of Florida Receivership Action. The motion was administratively denied without prejudice the same day for failure to include a statement regarding compliance with a local rule. Counsel for Plaintiff will re-file the motion shortly, and proposes to provide a further status update to the Court once the motion is ruled upon.

RESPECTFULLY SUBMITTED AND DATED this January 9, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

2

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on January 9, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.