IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELI REISMAN, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.                                         Civ. No. 24-381 JMR/KK

KP COMMERCE LLC,

       Defendant.

### SECOND ORDER SETTING STATUS REPORT DEADLINE

Before the Court is Plaintiff's Status Update on Order to Show Cause (Doc. 13) ("Status Update"), filed January 9, 2025. In light of the Status Update, IT IS HEREBY ORDERED that Plaintiff shall file a second status report in this case addressing the status of the amended relief motion he intends to file in *FTC v. Legion Media, LLC, et al.*, No. 8:24-cv-01459 (M.D. Fla.), and any other information that bears on when he expects to be able to prosecute this case, either (1) within 14 days after the United States District Court for the Middle District of Florida rules on the amended relief motion, or (2) by Monday, March 17, 2025, whichever is earlier.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE